UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE A. SCHULTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:08CV1652 HEA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant, | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Terry I. Adelman that the decision of the Commissioner be reversed and remanded. This Report and Recommendation was entered on February 2, 2010. Judge Adelman advised the parties that they 14 days within which to file objections to the Report and Recommendation. No objections have been filed.

After careful consideration, the Court will adopt and sustain the thorough analysis and reasoning of Judge Adelman as set forth in his February 2, 2010 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner denying

Plaintiff's application for Disability Insurance Benefits is reversed under Sentence 4 of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that judgment will be entered in favor of Plaintiff and against Defendant.

A separate judgment in accordance with this Order is entered this same date.

Dated this 19th day of February, 2010.

_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE