UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE A. SCHULTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CV244 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is reversed under Sentence 4 of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant.

Dated this 19th day of February. 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE