UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE A. SCHULTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CV1652 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant, ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On February 19, 2010, the Court reversed the decision of the Commissioner. The Opinion, however, did not order remand, though the Opinion adopted Judge Adelman's recommendation that the matter be remanded.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is remanded to the Commissioner for further proceedings consistent with Judge Adelman's Report and Recommendation.

Dated this 29th day of October, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE